UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
UNITED STATES OF AMERICA,

v.

Julio Alfredo Rosario Gonzalez
          Defendant.
------------------------------------------------------x

**ORDER ACCEPTING
PLEA ALLOCUTION**

23 CR 186 (VB)

     The Court has reviewed the transcript of the plea allocution in the above-captioned case, the charging papers, and all other pertinent parts of the record. The Report and Recommendation of the Honorable Paul E. Davision, United States Magistrate Judge, dated April 7, 2023, is approved and accepted, and the defendant is adjudged guilty of Count One of the information.

     The Clerk is directed to enter the guilty plea.

Dated: April 24, 2023
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge