UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
JULIO ALFREDO ROSARIO                          :
GONZALEZ,                                       :
        Petitioner,            :          **ORDER**
                                  :
v.                                              :
                                  :          23 CR 186 (VB)
UNITED STATES OF AMERICA,                        :          23 CV 11327 (VB)
        Respondent.            :
-------------------------------------------------------x

In a submission dated September 25, 2024, which will be separately docketed, petitioner requests an extension of time to file his reply in response to the government's opposition to his Section 2255 motion. Petitioner requests this extension because it took several months for the government's opposition dated March 25, 2024, to reach him as he was transferred from FCI Big Sprint to FCI La Tuna in June 2024.

Petitioner's request is GRANTED.

By **November 7, 2024**, petitioner shall file his reply to the government's response.

Chambers will mail a copy of this Order to petitioner at the address on the docket in case no. 23-CV-11327 (VB).

Dated: October 2, 2024
      White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge