Copies Mailed/Faxed
Chambers of Vincent L. Briccetti

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
UNITED STATES OF AMERICA       :

                                         :

v.                                  :

                                         :

JULIO ALFREDO ROSARIO       :
GONZALEZ,
           Defendant.             :
-------------------------------------------------------x

**ORDER**

23 CR 186 (VB)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-5-26

On February 4, 2026, defendant Julio Alfredo Rosario Gonzalez filed a "motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c)," referencing certain amendments to the Sentencing Guidelines that became effective on November 1, 2025. (Doc. 135).

By February 19, 2026, the government shall file a response to the motion.

By March 12, 2026, defendant may file a reply.

Chambers will mail a copy of this Order to defendant at the following address:

Julio Alfredo Rosario Gonzalez, Reg. No. 98692-509
FCI Yazoo City Low II
Federal Correctional Institution
P.O. Box 5000
Yazoo City, MS  39194

Dated: February 5, 2026
       White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge